IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                    CASE NO. 5:12-CR-50008-013

EBERARDO CORIA-HERNANDEZ                                        DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 369) filed in this case on August 12, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 369) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Appoint Counsel (Doc. 365) is **DENIED**.

IT IS SO ORDERED on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE