IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                         CASE NO. 5:12-CR-50008-013

EBERARDO CORIA-HERNANDEZ                                          DEFENDANT

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons set forth in the Order filed on this date, as well as for the reasons set forth in the Report and Recommendation (Doc. 403) filed on October 11, 2016, Defendant Eberardo Coria-Hernandez's Motion to Vacate (Doc. 397) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 1st day of December, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1